**No. 10-5870. Young Bok Song, Petitioner v. Benjamin Smith, et al.**

562 U.S. 982, 131 S. Ct. 416, 178 L. Ed. 2d 325, 2010 U.S. LEXIS 8150.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-5872. Paul Anthony Smith, Petitioner v. Gary Conder, et al.**

562 U.S. 982, 131 S. Ct. 416, 178 L. Ed. 2d 325, 2010 U.S. LEXIS 8139.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-5873. Rolf A. Rosendahl, Petitioner v. Jeremiah Nixon, Governor of Missouri, et al.**

562 U.S. 983, 131 S. Ct. 416, 178 L. Ed. 2d 325, 2010 U.S. LEXIS 8213.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 360 Fed. Appx. 167.

**No. 10-5880. Bernardo Costa, Petitioner v. Missouri.**

562 U.S. 983, 131 S. Ct. 416, 178 L. Ed. 2d 325, 2010 U.S. LEXIS 8198,

October 18, 2010. Petition for writ of certiorari to the Court of Appeals of Missouri, Western District, denied.

Same case below, 311 S.W.3d 340.

**No. 10-5881. Jacqueline E. Cantey, Petitioner v. Ohio.**

562 U.S. 983, 131 S. Ct. 416, 178 L. Ed. 2d 325, 2010 U.S. LEXIS 8152.

October 18, 2010. Petition for writ of certiorari to the Court of Appeals of Ohio, Wayne County, denied.

**No. 10-5888. Paul Orsello, Petitioner v. Steven Gaffney, et al.**

562 U.S. 983, 131 S. Ct. 416, 178 L. Ed. 2d 325, 2010 U.S. LEXIS 8305.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-5900. David W. Wilson, Petitioner v. L. M. Zafra, et al.**

562 U.S. 983, 131 S. Ct. 417, 178 L. Ed. 2d 325, 2010 U.S. LEXIS 8289.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 376 Fed. Appx. 784.

**No. 10-5901. Thelma Williams, Jr., Petitioner v. L. Free, et al.**

562 U.S. 983, 131 S. Ct. 417, 178 L. Ed. 2d 325, 2010 U.S. LEXIS 8294,

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.